**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SEAN A. CLARK,

                       Plaintiff,

      -against-                             20 **CIVIL** 8000 (VSB)

                                                         **JUDGMENT**

MARK SCHROEDER, NYS
COMMISSIONER OF DMV,

                       Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 5, 2020, Plaintiff's complaint is hereby dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

       November 5, 2020

                                                      **RUBY J. KRAJICK**
                                                     _____
                                                        Clerk of Court
                                          BY:
                                                       Deputy Clerk